1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7    SOLID INCOME LIMITED, et al.,           Case No.  24-cv-09424-HSG

8                   Plaintiffs,
                                             Re: Dkt. No. 41
9              v.

10   AMERICAN HOMEENERGY LLC, et al.,

11              Defendants.

12                                           **ORDER DENYING ADMINISTRATIVE**
                                             **MOTIONS TO RELATE CASES**
13   SOLID INCOME LIMITED,

14               Plaintiff,
                                             Case No.  24-cv-09422-HSG
15             v.

16   ENERGYINVEST LLC, et al.,               Re: Dkt. No. 41

17              Defendants.

18

19         *Solid Income Limited et. al vs. American HomeEnergy LLC et. al*, 24-cv-09424-HSG, and

20   *Solid Income Limited vs. EnergyInvest LLC*, 24-cv-09422-HSG, are related cases currently before

21   the Court.  Both actions were filed on December 26, 2024.

22         Defendant American Home Energy asks the Court to find *AEC Yield Capital LLC et al v.*

23   *American Home Energy, Inc.*, 24-mc-80225-PHK, which was filed before Magistrate Judge Peter

24   Kang on September 6, 2024, to be related to *Solid Income Limited et. al vs. American*

25   *HomeEnergy LLC et. al*, 24-cv-09424-HSG, and reassigned to Judge Gilliam.  Similarly,

26   Defendant EnergyInvest LLC asks the Court to find *Solid Income Limited vs. EnergyInvest LLC*,

27   24-mc-80224-SK, which was filed before Magistrate Judge Sallie Kim on September 6, 2024, to

28   be related to *Solid Income Limited vs. EnergyInvest LLC*, 24-cv-09422-HSG, and reassigned to

*(left margin, rotated)* United States District Court
Northern District of California

United States District Court
Northern District of California

1    Judge Gilliam.  The cases before Judge Kim and Judge Kang seek enforcement of default

2    judgments entered in federal courts in New York.

3        "[D]istrict courts [have] broad discretion in interpreting, applying, and determining the

4    requirements of their own local rules and general orders."  *United States v. Gray,* 876 F.2d 1411,

5    1414 (9th Cir. 1989).  One intent of Civil Local Rule 3-12(b) is to direct motions to relate to the

6    judge with the earliest-filed case.  Generally, the cases at issue are both district court lawsuits,

7    such that the earliest-filed case and the lowest-numbered case necessarily are the same.  But here,

8    the miscellaneous-numbered judgment enforcement actions before Judge Kang and Judge Kim

9    were filed in September 2024, three months before the cases presently before this Court—24-cv-

10   09424-HSG and 24-cv-09422-HSG.

11       The Court finds that these motions are more appropriately directed to Judge Kang and

12   Judge Kim, whose cases were already "pending in this district" when the cases before this Court

13   were filed.  Civ. L.R. 3-12(b).  Accordingly, the motions to relate, Dkt. No. 41 in both 24-cv-

14   09424-HSG and 24-cv-09422-HSG, are DENIED without prejudice to the parties seeking a

15   finding of relatedness explaining the basis under the law and the local rules for reassigning earlier-

16   filed matters to the undersigned.

17

18       **IT IS SO ORDERED.**

19   Dated:    8/12/2025

20                                                            HAYWOOD S. GILLIAM, JR.
21                                                            United States District Judge

22

23

24

25

26

27

28

2