UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOLID INCOME LIMITED,

      Plaintiff,

      v.

ENERGYINVEST LLC,

      Defendant.

Case No.  24-mc-80224-SK

**ORDER DISMISSING CASE WITH PREJUDICE**

Regarding Docket No. 35

On April 18, 2026, the parties filed a stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41.[1]  (Dkt. No. 35.)  Accordingly, the Court DISMISSES this case WITH PREJUDICE.  Each party shall bear its own fees and costs.  All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

      **IT IS SO ORDERED**.

Dated: April 20, 2026

_____
SALLIE KIM
United States Magistrate Judge

---

[1] The parties filed their stipulation of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). (Dkt. No. 35, p. 2.)  Rule 41(a)(2) applies when solely a plaintiff requests a dismissal.  The Court, therefore, construes the parties' stipulation as filed pursuant to Rule 41(a)(ii), which applies when a stipulation of dismissal is signed by all parties who have appeared in the action.